# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| AQUIL JOHNSON, | : | No. 173 EM 2016 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| MARK GARMAN, ET AL., | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Extraordinary Relief and/or Writ of Habeas Corpus is **DENIED**.